AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Richard Russo | ) Case No. 18-8239-WM | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

FILED by ___ D.C.
MAY 24 2018
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  December 5, 2017-January 4, 2018  in the county of  Palm Beach  in the  Southern  District of  Florida , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252(a)(2) | Knowing receipt of child pornography. |
| 18 U.S.C. § 2252(a)(4)(B) | Knowing possession of child pornography. |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

*Complainant's signature*

Roy T. VanBrunt, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 05/24/2018

*Judge's signature*

City and state:  West Palm Beach, Florida   Hon. William Matthewman, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF
## AN APPLICATION FOR A CRIMINAL COMPLAINT

I, Roy T. Van Brunt, first being first duly sworn, hereby depose and state as follows:

### AFFIANT'S BACKGROUND

1. I am a Special Agent (SA) in the Federal Bureau of Investigation (FBI) and have been so employed since June 2003. I am currently assigned to the Miami Field Office of the FBI where I work on the Violent Crimes Against Children squad. I am also a member of the Child Exploitation Task Force (CETF) in South Florida. The CETF is comprised of many state, local, and federal law enforcement agencies which include the Broward Sheriff's Office (BSO), Palm Beach County Sheriff's Office (PBSO), and the Miami-Dade Police Department (MDPD) among others.

2. My investigations primarily relate to allegations of violent crimes, including offenses involving sexual exploitation of children, to include possession, receipt, transportation, and distribution of child pornography, in violation of Title 18, United States Code, Section 2252 and 2252A. These investigations included the use of standard investigative techniques to include issuance of subpoenas, surveillance techniques, undercover activities, the interviewing of subjects and witnesses, as well as the planning and execution of arrest, search, and seizure warrants. I have also testified multiple times in front of federal grand juries as well as court proceedings and criminal trials. In the course of child exploitation investigations, I have reviewed still images and videos containing child pornography and images depicting minor children engaged in sexually explicit conduct on multiple forms of electronic media. I have also discussed and reviewed these materials with other law enforcement officers who also investigate the sexual exploitation of children. I have also attended conferences related to the investigation and enforcement of federal child pornography laws.

3. This affidavit is submitted in support of a criminal complaint charging RICHARD RUSSO ("RUSSO"), with knowingly receiving and possessing any visual depiction, using any means or facility of interstate or foreign commerce, and the production of such visual depiction involved the use of a minor engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and such visual depiction was of such conduct, in violation of Title 18, United States Code, §§ 2252(a)(2) and (a)(4)(B).

4. Although I am familiar with the full breadth of the facts and circumstances of this investigation, I have not included in the affidavit each and every fact known to me about the matters set forth herein, but only those facts and circumstances that I believe are sufficient to establish probable cause for the Court to authorize a criminal complaint.

5. The statements contained in this affidavit are based upon my investigation, information provided by other sworn law enforcement officers, other personnel specially trained in the seizure and analysis of computers and electronic media, and on my experience and training as a federal agent.

**PROBABLE CAUSE**

6. On July 23, 2017, the National Center for Missing and Exploited Children ("NCMEC") received a report from an internet service provider (i.e. a Cybertip), notifying NCMEC that suspected images of child pornography were uploaded to an e-mail by the email account user. The Cybertip indicated there was one (1) image depicting what appeared to be child pornography. On November 27, 2017, another Cybertip from a different internet service provider indicated there was one (1) image depicting what appeared to be child pornography. Investigation indicated both Cybertips related to the same individual, identified by the initials RS, who resided in Oakland Park, Florida. The phone number associated with the first Cybertip included a

2

telephone number linked to RS. The email address noted in the second Cybertip, Rusty0726@outlook.com,was was also linked to RS, in Oakland Park, Florida.

7. On March 14, 2018, Broward Sheriff's Office executed a state search warrant at the residence of RS. Several electronic devices were seized from his residence to be forensically examined and RS was arrested and charged with multiple counts related to possession of child pornography. RS is currently detained at a BSO facility pending trial. Additional investigation identified other individuals involved in the distribution and receipt of child pornography.

8. The forensic review discovered a chat conversation between RS and an individual identified as "Ritchie" (hereinafter Ritchie). The communication used a messaging application named Whatsapp. Ritchie communicated via 15615230493@s.whatsapp.net. The chat began on December 5, 2017, and continued intermittently until February 28, 2018. Included in the communications were topics of sex with canines and "young." During these communications RS transmitted multiple attachments of images or videos to Ritchie. Of these attachments at least three (3) were images of child pornography and ten (10) were videos of child pornography.

9. On May 21, 2018, your affiant reviewed several of the attachments and confirmed that they constituted child pornography files. Below are descriptions for a series of communications on December 5, 2017, as well as several of the files sent from RS to Ritchie that same date:

    A. Image file depicted an image of an adult male standing in front of a naked minor male kneeling in front of him. The adult male had his pants below his knees and the minor male performed oral sex on the adult male. The minor male appeared to be approximately 10-12 years of age.

    B. Video file approximately 1 minute and 49 seconds in length and depicted a naked adult male and a naked minor male who appeared to be approximately 8-10 years of age. The minor male laid on his stomach on a bed with the adult male on top of him. The adult

3

male performed anal sex on the juvenile male, then inserted his tongue into the minor's anus, massaged his buttocks, then mounted the minor and continued to have anal sex.

C. Image file depicted an image of an adult male with his erect penis exposed standing in front of a minor male, approximately 8-10 years of age. The minor was lying on his back, legs up in the air pulled back towards his head area. The minor's pants were pulled down exposing his anus. The adult male's erect penis was placed on the opening of minor's anus.

D. Video file approximately 4 minutes and 25 seconds in duration and depicted a minor male who was approximately 14-16 years of age sitting on a bed naked. The minor performed oral sex on a naked adult male.

Following the distribution/receipt of those files, Ritchie commented that "Those videos with little boys are hot".

10. The dialogue continued on January 4, 2018 when RS transmitted one image and three videos to Ritchie. Two of the videos involved an adult male engaging in sexually explicit conduct with an infant.

A. Image file depicted a minor male approximately 6-8 years of age wearing a green shirt. The minor was shown performing oral sex on an adult male's fully erect penis.

B. Video file approximately 1 minute and 59 seconds in length and depicted an adult male wearing a red shirt pulled up to his chest and multi-colored pants pulled down exposing his genital area. The adult male was holding a male infant who appeared to be approximately 10-12 months old. The infant wore a yellow shirt and was naked from the waist down. The adult male appeared to have his penis inserted into the infant's anus as he carried the infant with the infant's legs wrapped around his waist before he ultimately placed the infant back onto a bed. Once on the bed, the adult male looked into the camera, removed his penis from the infant's anus, pushed the infant's legs upward towards his head, and reinserts his penis into the infant's anus. The adult male than began to have violently forceful anal sex with the infant. It appeared as if the infant was attempting to push the adult male off of him but was unsuccessful.

C. Video file approximately 2 minutes in length and depicted an adult male wearing a red shirt pulled up to his chest and multi-colored pants pulled down exposing his genital area. The adult male laid on an infant male who appeared to be approximately 10-12 months old who was wearing a yellow shirt and was naked from the waist down. The adult male appeared to have his penis inserted into the infant anus and violently performed anal sex on the infant. The adult male struggled to hold the infant down, who continually moved

4

in an attempt to get away from the adult male. The infant's movement caused the adult male to change positions several times in order to continue the sexual act.

Following the distribution/receipt of those files, RS and Ritchie communicated the following:

> RS: *You deleted this message*
>
> RS: *Did you block me?*
>
> Ritchie: *No why would I block you.*
>
> RS: *Tried sending 3rd final potion (sp) of that vid and it won't go through.*

RS then transmitted another file to Ritchie.

> D.     Video file approximately 1 minute and 26 seconds in length and depicted an adult male wearing a red shirt pulled up to his chest and multi-colored pants pulled down exposing his genital area. The adult male had an infant male pulled into his chest area and held him close to his body while he violently engaged in anal sex with the infant. Once the adult male ejaculated, he used something white in order to wipe the infant's anal area. The adult male then laid the infant on the bed, sat upright, and pulled his pants back on.

11.     On January 5, 2018, Ritchie transmitted an image file to RS. The image, which Ritchie claimed to be himself, depicted an adult male whom law enforcement confirmed matched the images of RUSSO, discussed *infra*.

12.     Law enforcement conducted an investigation into the phone number used by Ritchie via the WhatsApp application (i.e. 561-xxx-0493).[1] Law enforcement investigated the Whatsapp number used by Ritchie (i.e. 561-xxx-0493). Law enforcement databases as well as public source data indicated the number is associated with an adult male named RICHARD RUSSO appears to reside within the Southern District of Florida. I then compared the image sent by Ritchie on January 5, 2018 with images from the State of Florida Department of Highway and Motor Vehicles Driver and Vehicle Information Database (DAVID). A search for RUSSO in this

---

[1] WhatsApp Messenger is a freeware and cross-platform messaging service that allows communication via text messages, voice calls, video calls, and images. This application runs from a mobile device and uses standard cellular mobile numbers.

database revealed a driver license photograph strikingly similar to the image sent by Ritchie to RS on/about January 5, 2018.  Additional investigation revealed that RUSSO is currently employed by Customs and Border Protection as a Paralegal Specialist in the Fines, Penalties and Forfeiture Division and has been so employed since 2003.

13.     According to DAVID, RUSSO's residential address is listed in Boynton Beach, Florida. DAVID records reflect that RUSSO drives as a black Kia sedan, bearing Florida Tag number ending in 4USR, which is also registered to RUSSO's residence.  Law Enforcement has observed this vehicle and matching plate at the residence several times in May 2018. Based on the foregoing, there is probable cause to believe that the Whatsapp number used by Ritchie (i.e. 561-xxx-0493) belongs to RUSSO.  Based on my training and experience, I know that quite often, people use variations of their own name (or a shortened version thereof) when identifying themselves in an online environment.   In this instance, Ritchie is a common nickname for men with the first name Richard.  In performing surveillance at RUSSO's residence and examining RUSSO's work schedule, I believe that RUSSO was likely at home when communicating with RS.

## CONCLUSION

14.     Based on the aforementioned factual information, your affiant respectfully submits that there is probable cause to believe that from on or about December 5, 2017, through at least January 4, 2018, RUSSO did knowingly receive and/or possess child pornography in violation of

Title 18 United States Code, Sections 2252(a)(2) and (a)(4)(B).

**FURTHER YOUR AFFIANT SAYETH NAUGHT.**

SA Roy T. Van Brunt
Federal Bureau of Investigation - Miami

Sworn and subscribed before me this 24th day of May, 2018.

The Honorable William Matthewman
United States Magistrate Judge