UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-60163-CR-Bloom-Valle

18 U.S.C. §§ 2252(a)(2) & (4)(B)

UNITED STATES OF AMERICA

v.

RICHARD RUSSO,

    **Defendant.**
_____/

FILED BY _____ D.C.

JUN 1 2 2018

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

Between on or about December 5, 2017 and January 23, 2018, the exact dates being unknown to the Grand Jury, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

**RICHARD RUSSO,**

did knowingly receive any visual depiction, using any means and facility of interstate and foreign commerce, and that has been shipped and transported in and affecting interstate and foreign commerce, and which contains materials which have been so shipped and transported, by any means including by computer, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and such visual depiction is of such conduct, in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

1

## COUNT TWO

Between on or about December 5, 2017 and May 31, 2018, the exact dates being unknown to the Grand Jury, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

## RICHARD RUSSO,

did knowingly possess and access with intent to view matter that contained any visual depiction that had been shipped and transported using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce, and which was produced using materials which have been so shipped and transported, by any means, including by computer, and the production of such visual depiction having involved the use of a minor engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and such visual depiction was of such conduct, in violation of Title 18, United States Code, Section 2252(a)(4)(B).

Pursuant to Title 18, United States Code, Section 2252(b)(2), it is further alleged that this violation involved a visual depiction of a prepubescent minor or a minor who had not attained twelve (12) years of age.

## CRIMINAL FORFEITURE ALLEGATIONS

1. Upon conviction of a violation of Title 18, United States Code, Section 2252, as alleged in Count 1 and Count 2 of this Indictment, the defendant, **RICHARD RUSSO,** shall forfeit to the United States:

(a) any visual depiction of a minor engaged in sexually explicit conduct, and any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction,

which was produced, transported, mailed, shipped, or received, in violation of Chapter 110 of Title 18, United States Code;

(b) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense, and

(c) any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

All pursuant to Title 18, United States Code, Section 2253, and the procedures set forth at Title 21, United States Code, Section 853.

A TRUE BILL

FOREPERSON

_____
BENJAMIN G. GREENBERG
UNITED STATES ATTORNEY

_____
COREY STEINBERG
ASSISTANT U.S. ATTORNEY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO. _____

vs.

**CERTIFICATE OF TRIAL ATTORNEY***

**RICHARD RUSSO,**

                        **Defendant.**
_____ /  **Superseding Case Information:**

**Court Division**: (Select One)

    New Defendant(s) ____ Yes ____ No
    Number of New Defendants ____
    Miami ____   Key West ____
    Total number of counts ____
    FTL **X**   WPB ____   FTP ____

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)  **NO**
   List language and/or dialect  ____

4. This case will take  **3**  days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)      (Check only one)

   | | | | | | |
   |---|---|---|---|---|---|
   | I | 0 to 5 days | **X** | Petty | | |
   | II | 6 to 10 days | | Minor | | |
   | III | 11 to 20 days | | Misdem. | | |
   | IV | 21 to 60 days | | Felony | **X** | |
   | V | 61 days and over | | | | |

6. Has this case been previously filed in this District Court? ____ (Yes or No)
   If yes:
   Judge: _____  Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?  **Yes**  (Yes or No)
   If yes:
   Magistrate Case No.  **18-8239-WM**
   Related Miscellaneous numbers: ____
   Defendant(s) in federal custody as of  **05/31/2018**
   Defendant(s) in state custody as of  ____
   Rule 20 from the District of  ____

   Is this a potential death penalty case?  **No**  (Yes or No)

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003? ____ Yes  **X** No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2 ____ Yes  **X** No

                                                    */s/ Corey Steinberg*
                                                    COREY STEINBERG
                                                    ASSISTANT UNITED STATES ATTORNEY
                                                    Court Number 0563234

Penalty Sheet(s) attached

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name: RICHARD RUSSO**          Case No: _____

Counts:  1

Receipt of Child Pornography

18 U.S.C. § 2252(a)(2) and (b)(1)

**\*Max. Penalty:** 20 years' imprisonment with a 5 year mandatory minimum term of imprisonment; $1,000,000 fine; a term of 5 years to life of supervised release.

Count:  2

Possession of Child Pornography

18 U.S.C. § 2252(a)(4)(B) and (b)(2)

**\*Max. Penalty:** 20 years' imprisonment; $1,000,000 fine; a term of 5 years to life of supervised release

Count:

**\*Max. Penalty:**

Count:

**\*Max. Penalty:**

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.