UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION



RICHARD RUSSO
    (DEFENDANT)

\# 18/60163/CR BLOOM
USM# 18687-104

V.

UNITED STATES OF AMERICA
    (PLAINTIFF)

_____/

**MOTION FOR RETURN OF PROPERTY**

Defendant was arrested on May 31, 2018. Defendant pled guilty on November 2, 2018 to above case number. In the plea agreement, the defendant never forfeited and property that was confiscated during the arrest. Defendant is asking the court to return two (2) cell phones, one (1) Lap top, and the defendant's biggest concern for the property is the family pictures that could never be captured, again, due to the family member being deceased. This is a great concern for the defendant. Since the defendant has been incarcerated, the defendant has taken a number of classes, as well as furthering his education. The defendant has taken drug classes, business courses, and several ace classes. Therefore, the defendant understands life much better, and prays that this court will return the images of the family photos.

## CERTIFICATE OF SERVICE

Under penalty and perjury, I swear that the above information is true.

Humbly submitted on July 12, 2020, by:

Richard Russo 18687-104
Federal Correctional Complex-low
P.O. Box 1031
Coleman, FL 33521



Richard Russo 18687-104
Federal Correctional Complex-low
P.O. Box 1031
Coleman, Fl 33521

US Clerk of Court
400 North Miami Avenue
Miami, Fl 33128