UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-CR-60163-BLOOM

UNITED STATES OF AMERICA

v.

RICHARD RUSSO,

Defendant.

_____/

## UNITED STATES' RESPONSE TO DEFENDANT'S
## MOTION FOR RETURN OF PROPERTY

The United States of America, through the undersigned Special Assistant United States Attorney, hereby files this Response to Defendant's Motion for Return of Property [DE 49], and in response thereto states as follows:

On August 30, 2018, the defendant pled guilty to Count Two of a two-count Indictment. Count Two charged possession and access with intent to view material involving the sexual exploitation of minors, in violation of 18 U.S.C. § 2252(a)(4)(B).   On November 2, 2018 the Defendant was sentenced to 36 months incarceration.

Pursuant to the plea agreement the Defendant agreed to the forfeiture of a Samsung Galaxy S8 cellular phone that was seized pursuant to the execution of a federal search warrant which was executed on Russo's residence on May 31, 2018.   A forensic examination conducted on his Samsung Galaxy S8 cellular telephone revealed numerous images of child pornography.

Also seized during the execution of the search warrant at Russo's home

was an ASUS laptop computer and a Samsung Galaxy S7 cellular phone.

The Government cannot return the Samsung Galaxy S8 as it contains child pornography and was forfeited. The Government can return the ASUS laptop computer and the Samsung Galaxy S7 cellular phone, none of which contain contraband.

If the Defendant provides the Government with the name and address of an individual who he would like to receive his property, the property will be promptly returned.

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTY

By: s/ *M. Catherine Koontz*
M. Catherine Koontz
Special Assistant United States Atty
Court Id A5501929
500 Broward Blvd., 7th floor
Fort Lauderdale, Florida 33394
(954) 660-5940
(954) 356-7336 (Fax)
e-mail: Catherine.koontz@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 29, 2020, the undersigned electronically filed the foregoing document with the Clerk of the Court using CM/ECF. In addition, the document was mailed to Richard Russo, 18687-104, Federal Correctional Complex-low, P.O. Box 1031, Coleman, Florida 33521.

s/*M. Catherine Koontz*
M. CATHERINE KOONTZ
Special Assistant United States Atty