UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT FLORIDA

FILED BY PG D.C.

AUG 13 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

RICARD RUSSO
V.
UNITED STATES OF AMERICA

CASE NO: 18-CR-60163-BLOOM

Defendant apologizes for any inconvenience he has caused the United States. The defendant recieved an order from the court as well as a response from the United States, requesting he provide the name and address for return of property. Please return my property to: Anna DiBenedetto, 11 Schooner Sqaure, Freehold, NJ 07728. Also, return my Seagate external Hard drive, S/N NA4MLWEZ, as well.

*[signature]*

Richard Russo #18687-104
Federal Correctional Complex - LOW
P.O. Box 1031
Coleman, FL 33521

United States District Court
Southern District of Florida
Office of the Clerk
400 North Miami Avenue
Miami, FL 33128-7716

33126-771699

USMS
INSPECTED

RECEIVED
AUG 13 2020
1:03 PM

