TRULINCS 18687104 - RUSSO, RICHARD - Unit: COL-B-D

----

FROM: 18687104
TO:
SUBJECT: Additional Motion for Return of Property
DATE: 10/25/2020 06:43:32 PM

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA
Plaintiff,

CASE No.: 18-CR-60163-BB

v.

RICHARD RUSSO
Defendant,
_____/

FILED BY _____ D.C.
OCT 29 2020
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## ADDITIONAL MOTION FOR RETURN OF PROPERTY

HEREBY COMES NOW Defendant Richard Russo, pro se and files this Additional Motion for Return of Property. Defendant respectfully request this Court to return additional property that was seized during his arrest, specifically: SEAGATE EXTERNAL HARD DRIVE S/N NA4MLW3Z.

In support of this motion, Defendant states the following:

- On July 12, 2020, Defendant filed a motion for the return of property (DE#50).
- In the Motion the Defendant asked for the return of 3 items and forgot to include the item he is currently requesting.
- The motion was granted in part and denied in part on July 30, 2020 (DE#52).
- Two property items were approved to be returned to defendant.   (ASUS Laptop S/N F90WU034733369 and Samsung Galaxy S7 Model # SN/GA308A S/N R38H4 06 R RGN)
- The remaining item was classified as forfeited and was not returned to Defendant (Samsung Galaxy S8 model No G955U)
- The items approved to be returned were to be sent to Anna DiBenedetto, 11 Schooner Square, Freehold NJ 07728)

THEREFORE, Defendant prays this Court grants this motion and: (1) Return property SEAGATE EXTERNAL HARD DRIVE S/N NA4MLW3Z; and (2) Release the item to Anna DiBenedetto at the following address: 11 Schooner Square, Freehold, NJ 07728

Respectfully submitted on October 26, 2020.

*(signature)*

Richard Russo - Reg. No. 18687-104
FCC Coleman Low - Unit B4
P.O. BOX 1031
Coleman, FL 33521-1031

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed with the Clerk of the Court via US mail on October 26, 2020.

All other parties have access to the CM/ECF docketing system and will be served electronically upon the filing of this motion.

*(signature)*

Richard Russo - Reg. 18687-104
FCC Coleman Low - Unit B4
P.O. BOX 1031
Coleman, FL 33521-1031

Richard Russo 18687-104
Federal Correctional Complex-Low
P.O. Box 1031
Coleman, FL 33521

TAMPA FL 335
SAINT PETERSBURG FL
27 OCT 2020 PM 8 L

U.S. Clerk of Court
400 North Miami Avenue
Miami, FL 33128

33128-771699