UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-CR-60163-BLOOM

**UNITED STATES OF AMERICA**

v.

**RICHARD RUSSO,**

**Defendant.**

_____/

**UNITED STATES' RESPONSE TO DEFENDANT'S
MOTION FOR RETURN OF PROPERTY**

The United States of America, through the undersigned Special Assistant United States Attorney, hereby files this Response to Defendant's Motion for Return of Property [DE 54], and in response thereto states as follows:

On October 29, 2020 the Defendant filed a motion for a return of his Seagate External Hard drive and provided the address where it can be returned. The Seagate External Hard drive will be returned to the address provided.

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTY

By: s/ *M. Catherine Koontz*
M. Catherine Koontz
Special Assistant United States Atty
Court Id A5501929
500 Broward Blvd., 7th floor
Fort Lauderdale, Florida 33394
(954) 660-5940
(954) 356-7336 (Fax)
e-mail: Catherine.koontz@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 13, 2020, the undersigned electronically filed the foregoing document with the Clerk of the Court using CM/ECF. In addition, the document was mailed to Richard Russo, 18687-104, Federal Correctional Complex-low, P.O. Box 1031, Coleman, Florida 33521.

s/*M. Catherine Koontz*
M. CATHERINE KOONTZ
Special Assistant United States Atty