AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

FILED BY _MEE_ D.C.

MAY 03 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

| United States of America | ) |
| --- | --- |
| v. | ) |
| Richard Russo | ) Case No. 113C 0:18CR60163-BLOOM |
| Defendant | ) |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☑ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of Court

| Place: | United States District Court<br>400 North Miami Avenue<br>Miami, FL 33128 | Courtroom No.: | Mag on Duty 10th Flr. |
| --- | --- | --- | --- |
| | | Date and Time: | May 5, at 10:00 am |

This offense is briefly described as follows:

Violations 1 and 2: Violation of Special Condition: by possessing, visual depictions of adults engaged in sexually explicit conduct.

Date: 04/25/2022

_Issuing officer's signature_

Elizabeth Gariazzo
_Printed name and title_

I declare under penalty of perjury that I have:

☑ Executed and returned this summons        ☐ Returned this summons unexecuted

Date: 4/25/2022

_Server's signature_

Scott T. Kirsche, USPO
_Printed name and title_

X _Rec'vd by: Richard Russo_