# MINUTE ORDER

Page 5

## Magistrate Judge Alicia M. Otazo-Reyes

Atkins Building Courthouse - 10th Floor      Date: 5/5/22      Time: 10:00 a.m.

Defendant: Richard Russo      J#: SUMMONS      Case #: 18-cr-60163-Bloom
AUSA: Brooke Watson      Attorney: Michael Becker - perm
Violation: Supervised Release Violation      Surr/Arrest Date: 5/5/22      YOB:

Proceeding: Initial Appearance      CJA Appt:
Bond/PTD Held: ☐ Yes ☒ No      Recommended Bond: 25K PSB
Bond Set at: Ship 25K PSB      Co-signed by: John Barron

☐ Surrender and/or do not obtain passports/travel docs      Language: English

☐ Report to PTS as directed/or ____ x's a week/month by phone: ____ x's a week/month in person
☒ Random urine testing by Pretrial Services
   Treatment as deemed necessary
☐ Refrain from excessive use of alcohol
☐ Participate in mental health assessment & treatment
☐ Maintain or seek full-time employment/education
☐ No contact with victims/witnesses, except through counsel
☐ No firearms
☐ Not to encumber property
☐ May not visit transportation establishments
☐ Home Confinement/Electronic Monitoring and/or Curfew ____ pm to ____ am, paid by ____
☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
☐ Travel extended to: ____
☒ Other: Abide by conditions of supervised release

Disposition:
- Rights
- Bond set (ship)
- Defense counsel filed a permanent notice of appearance
- All further proceedings before Judge Bloom

Bond:

Time from today to ____ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE      Date:      Time:      Judge:      Place:
Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:
D.A.R. 11:28:35      Time in Court: 8 Min

s/Alicia M. Otazo-Reyes      Magistrate Judge

release ✓